AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C
#336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

Attorneys for Defendant
JOHN ANLIKER

RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
JOHN A. BURKE, Supervising Deputy City Attorney, SBN 148385
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6324; Fax: (510) 238-6500
Email: mbaker@oaklandcityattorney.org
37931

Attorneys for Defendant,
CITY OF OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANLIKER<br><br>       Plaintiff,<br><br>       v.<br><br>CITY OF OAKLAND; FIVE RIVERS TRANSIT SOLUTIONS, INC.<br><br>       Defendants. | CASE NO. 3:25-cv-6207-LJC<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] MODIFIED ORDER TO ALLOW PLAINTIFF MORE TIME TO SERVE DEFENDANT FIVE RIVERS TRANSIT SOLUTIONS, INC. AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  July 23, 2025 |

## **STIPULATION**

Plaintiff JOHN ANLIKER ("Plaintiff") and Defendant CITY OF OAKLAND ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that the Court allow Plaintiff more time to served Defendant Five Rivers Transit Solutions, Inc. and to Continue the Case Management Conference currently set for October 23, 2025, until January 15, 2026.  This request for an extension of time of the case deadlines is based on FRCP 4(m) and the

accompanying declaration of Aaron Clefton, Esq.:

1. Plaintiff filed this action on July 23, 2025. Dkt. No. 1. The Clerk issued the summons on July 24, 2025. Dkt. No. 6. Pursuant to FRCP 4(m) Plaintiff has until October 22, 2025, to serve Defendants.

2. On July 24, 2025, the Court issued an Order setting the initial Case Management Conference in this matter for October 23, 2025. Dkt. No. 5.

3. On July 29, 2025, Plaintiff's office sent the summons, complaint, and other case initiating documents to Valpro Attorney Services to execute service of process on Defendants. Declaration of Aaron Clefton in support of Stipulation and [Proposed] Order to Allow Plaintiff More Time to Serve Defendant Five Rivers Transit Solutions, Inc. and to Continue the Case Management Conference ("Clefton Dec.") at ¶ 2.

4. Defendant City of Oakland was served with the summons, complaint and other case initiating documents on July 30, 2025. Dkt. No. 8. Defendant City of Oakland filed an Answer on August 20, 2025. Dkt. No. 9.

5. Defendant Five Rivers Transit Solutions, Inc. ("Five Rivers") has not yet been served despite several attempts by Plaintiff's process servers. Clefton Dec. at ¶ 3.

6. On July 30, 2025, a process server employed by Valpro Attorney Services attempted service on Five Rivers at 4849 East 12th Street, Oakland, CA 94601, which is the address listed for the company's agent of service on the California Secretary of State website. Clefton Dec. at ¶¶ 4-5, Ex. 1 and Ex. 2. The process server reported that the building was vacant/empty. Plaintiff's counsel requested that the process server attempt service again at the same address, but this time attempting service at the back of the building. Clefton Dec. at ¶ 5, Ex. 2.

7. On August 5, 2025, the process server again attempted service at 4849 East 12th Street, Oakland, CA 94601. The process server spoke with a security guard at the gate of the building who stated that Five Rivers had moved. Clefton Dec. at ¶ 5, Ex. 2.

8. After conducting some research, Plaintiff's counsel found a home address for the Agent for Service for Five River, Surinder Mann, at 757 Limerick Lane, Alameda, CA

94502. Clefton Dec. at ¶ 6, Ex. 3. Surinder Mann is also listed as the Chief Executive Officer and Chief Financial Officer of Five River. *Id.* at Ex. 1.

9. On August 5, 2025, after conducting research regarding other lawsuits Surinder Mann has been involved in, Plaintiff's counsel emailed Surinder Mann's former attorney, Aaron Hancock, who represented Surinder Mann in the housing lawsuit, to ask him to accept service. Mr. Hancock did not respond. Clefton Dec. at ¶ 7, Ex. 4.

10. On August 6, 2025, Plaintiff's counsel requested that the process server attempt service at home address of Surinder Mann. The process server attempted service at the new address on four occasions. However, when the process server spoke with a resident of the home, they stated that the Surinder Mann and Five Rivers were unknown to them and refused to open the door or provide further information. Clefton Dec. at ¶¶ 5, 8, Ex. 2.

11. On August 19, 2025, Plaintiff's counsel contacted a second process server company, One Hour Legal, and requested that they attempt to serve Five Rivers at 4849 East 12th Street, Oakland, CA 94601, which is the address listed for the company's agent of service on the California Secretary of State website. Clefton Dec. at ¶ 9, Ex. 5.

12. On August 21, 2025, a process server employed by One Hour Legal attempted service on Five Rivers at the requested address. However, the process server was informed that Five Rivers was no longer at that location. Clefton Dec. at ¶ 9, Ex. 5.

13. On October 2, 2025, Plaintiff's counsel again emailed Surinder Mann's former attorney Aaron Hancock and requested him to accept service, but Mr. Hancock did not respond. Clefton Dec. Clefton Dec. at ¶ 10, Ex. 4.

14. Counsel for Plaintiff and Defendant City of Oakland have met and conferred regarding the issues with serving Five Rivers. Both Parties agree that Five Rivers is an indispensable Party to this lawsuit.

15. Therefore, the Parties jointly stipulate and request that the Court allow Plaintiff until January 8, 2026, to serve Defendant Five Rivers Transit Solutions, Inc.

16. Plaintiff requests that the Court allow Plaintiff to serve Defendant Fiver Rivers Transit

1  Solutions by publication, given their apparent failure to provide a lawfully available
2  agent for service or maintain up to date secretary of state information.
3  17. The Parties jointly stipulate and request that the Court continue the Case Management
4  Conference currently set for October 23, 2025, to January 15, 2026, so that all Parties
5  can be represented at Case Management Conference.
6  18. The Parties further jointly stipulate to exchange initial disclosures on January 29, 2026.

**IT IS SO STIPULATED.**

DATED: October 8, 2025                    CLEFTON DISABILITY LAW

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron Clefton*
                                          AARON CLEFTON, Esq.
                                          Attorneys for Plaintiff
                                          JOHN ANLIKER

DATED: October 7, 2025                    RYAN RICHARDSON, City Attorney

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Montana B. Baker*
                                          MONTANA B. BAKER, Deputy City Attorney
                                          Attorneys for Defendant
                                          CITY OF OAKLAND

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on October 7, 2025, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Montana B. Baker, Esq. in the filing of this document.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron Clefton*
                                          Aaron Clefton

1                           [PROPOSED] ORDER **AS MODIFIED**

2    Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

3    The case deadlines are continued as follows:

4    - Plaintiff shall serve Defendant Five Rivers Transit Solutions, Inc. by January 8,
5      2026. ~~Plaintiff may use service by publication to do so.~~

6    - The Case Management Conference will be continued until January 15, 2026.

7    - The Parties shall exchange initial disclosures on or before January 29, 2026.

8    - **Plaintiff's request to serve Five Rivers via publication is denied.  If Plaintiff is unable to effectuate service through other means, Plaintiff may file an administrative motion pursuant to Civil Local Rule 7-11 or a regularly noticed motion pursuant to Civil Local Rule 7-2 to seek a court order for service upon the California Secretary of State pursuant to California Code of Civil Procedure § 416.10.**

Dated: October 20, 2025

_____
Honorable Lisa J. Cisneros
U.S. Magistrate Judge

- 5 -