AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C #336
Alameda, CA 94501
Telephone: 510/832-5001
info@cleftonlaw.com

Attorneys for Defendant
JOHN ANLIKER

RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
JOHN A. BURKE, Supervising Deputy City Attorney, SBN 148385
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6324; Fax: (510) 238-6500
Email: mbaker@oaklandcityattorney.org

Attorneys for Defendant,
CITY OF OAKLAND

MOHAMMAD USAMA TARIQ, ESQ., SBN 350423
2905 Paseo Robles Ave
San Martin, CA 95046-9706
Telephone: (669) 320-4123
Email: mtariq@tariqcolegal.com

Attorneys for Defendant,
FIVE RIVERS TRANSIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANLIKER<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF OAKLAND; FIVE RIVERS TRANSIT SOLUTIONS, INC.<br><br>      Defendants. | CASE NO. 3:25-cv-6207-LJC<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT FIVE RIVER TRANSIT SOLUTIONS, INC. DEADLINE TO RESPOND AND THE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: July 23, 2025 |

**STIPULATION**

Plaintiff JOHN ANLIKER ("Plaintiff") and Defendants CITY OF OAKLAND and FIVE

- 1 -

1   RIVERS TRANSIT SOLUTIONS, INC. ("Defendants") – Plaintiff and Defendants together the
2   "Parties" – hereby stipulate and request that the Court allow Plaintiff to Continue Defendant's
3   Five Rivers Transit Solutions, Inc. deadline to respond to the Complaint and the Case
4   Management Conference by 60 days.  This request for an extension of time of the case deadlines is
5   based on the following good cause:

6       1. Plaintiff filed this action on July 23, 2025. Dkt. No. 1.
7       2. Defendant City of Oakland was served with the summons, complaint and other case
8           initiating documents on July 30, 2025. Dkt. No. 8. Defendant City of Oakland filed an
9           Answer on August 20, 2025. Dkt. No. 9.
10      3. After several different attempts and various locations, Defendant Five Rivers Transit
11          Solutions, Inc. ("Five Rivers") was served with the summons, complaint and other case
12          initiating documents on December 3, 2025. Dkt. No. 17. Five Rivers' response to the
13          Complaint is currently due on December 24, 2025.
14      4. Plaintiff has settled this matter with Defendant City of Oakland only. The settlement
15          will be finalized in the next 45 days.
16      5. Counsel for Plaintiff and counsel for Five Rivers have met and conferred regarding the
17          status of this case. Counsel for Five Rivers needs time to get up to speed on this matter,
18          and the Parties would like the opportunity to discuss early settlement before expending
19          the time and resources to respond to the Complaint and attend a Case Management
20          Conference like other ADA cases that would otherwise be governed by General Order
21          56 in this District.
22      6. Therefore, the Parties jointly stipulate and request that the Court continue the deadline
23          for Defendant Five Rivers to respond from December 24, 2025, until February 23,
24          2026.
25      7. The Parties also jointly stipulate and request that the Court continue the Case
26          Management Conference currently set for January 15, 2026, to March 12, 2025, so that
27          Plaintiff can have the opportunity to Dismiss the City of Oakland, and Defendant Five
28          Rivers can be adequately represented at Case Management Conference.

1  **IT IS SO STIPULATED.**

2

3  DATED: December 16, 2025    CLEFTON DISABILITY LAW
4

5                              _____*/s/ Aaron Clefton*_____
                                AARON CLEFTON, Esq.
6                               Attorneys for Plaintiff
                                JOHN ANLIKER
7

8  DATED: December 16, 2025    RYAN RICHARDSON, City Attorney

9
                                _____*/s/ Montana Baker*_____
10                              MONTANA B. BAKER, Deputy City Attorney
                                Attorneys for Defendant
11                              CITY OF OAKLAND

12 DATED: December 16, 2025    MOHAMMAD USAMA TARIQ, ESQ.

13
                                _____*/s/ Mohammad Usama Tariq*_____
14                              MOHAMMAD USAMA TARIQ, ESQ.
                                Attorneys for Defendant
15                              FIVE RIVERS TRANSIT SOLUTIONS, INC.

16                          **FILER'S ATTESTATION**

17     Pursuant to Local Rule 5-1, I hereby attest that on December 16, 2025, I, Aaron Clefton,

18 attorney with Rein & Clefton, received the concurrence of Montana B. Baker, Esq. and

19 Mohammad Usama Tariq, Esq. in the filing of this document.

20

21                              */s/ Aaron Clefton*
                                Aaron Clefton
22

23

24

25

26

27

28

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The case deadlines are continued as follows:

- Defendant Five Rivers Transit Solutions, Inc. shall file a response to the Complaint by February 23, 2026.
- The Case Management Conference will be continued until March 12, 2026.

Dated: Dec. 19, 2025

_____
Honorable Lisa J. Cisneros
U.S. Magistrate Judge