AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave Suite C
#336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

Attorneys for Defendant
JOHN ANLIKER

RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
JOHN A. BURKE, Supervising Deputy City Attorney, SBN 148385
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6324; Fax: (510) 238-6500
Email: mbaker@oaklandcityattorney.org

Attorneys for Defendant,
CITY OF OAKLAND

MOHAMMAD USAMA TARIQ, ESQ., SBN 350423
2905 Paseo Robles Ave
San Martin, CA 95046-9706
Telephone: (669) 320-4123
Email: mtariq@tariqcolegal.com

Attorneys for Defendant,
FIVE RIVERS TRANSIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANLIKER<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND; FIVE RIVERS TRANSIT SOLUTIONS, INC.<br><br>          Defendants. | CASE NO. 3:25-cv-6207-LJC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  July 23, 2025 |

**STIPULATION**

Plaintiff JOHN ANLIKER ("Plaintiff") and Defendants CITY OF OAKLAND and FIVE

RIVERS TRANSIT SOLUTIONS, INC. ("Defendants") – Plaintiff and Defendants together the

- 1 -

"Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: February 17, 2026                    CLEFTON DISABILITY LAW

                                            _____/s/ Aaron Clefton_____
                                            AARON CLEFTON, Esq.
                                            Attorneys for Plaintiff
                                            JOHN ANLIKER

DATED: February 17, 2026                    RYAN RICHARDSON, City Attorney

                                            _____/s/ Montana B. Baker_____
                                            MONTANA B. BAKER, Deputy City Attorney
                                            Attorneys for Defendant
                                            CITY OF OAKLAND

DATED: February 17, 2026                    MOHAMMAD USAMA TARIQ, ESQ.

                                            _____/s/ Mohammad Usama Tariq_____
                                            MOHAMMAD USAMA TARIQ, ESQ.
                                            Attorneys for Defendant
                                            FIVE RIVERS TRANSIT SOLUTIONS, INC.

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Montana B. Baker, Esq. and Mohammad Usama Tariq, Esq. in the filing of this document.

                                            /s/ Aaron Clefton
                                            Aaron Clefton

STIP AND [PROPOSED] ORDER TO DISMISS
CASE NO. 3:25-cv-6207-LJC

- 3 -

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice.

Dated: _____, 2026

_____
Honorable Lisa J. Cisneros
U.S. Magistrate Judge

STIP AND [PROPOSED] ORDER TO DISMISS
CASE NO. 3:25-cv-6207-LJC